# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-00144-KDB-DSC

| | |
|---|---|
| TERRY EQUIPMENT, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BUCHER MUNICIPAL NORTH AMERICA, INC., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Laura A. Brenner and Daniel G. Murphy]" (document[s] ##6 and 7) filed November 19, 2019. For the reasons set forth therein, the Motions will be <u>granted</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, <u>and to the Honorable Kenneth D. Bell</u>.

**SO ORDERED**.

Signed: November 19, 2019

_____
David S. Cayer
United States Magistrate Judge